NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MEDTRONIC VASCULAR, INC., MEDTRONIC GALWAY VASCULAR UNLIMITED CO., MEDTRONIC LOGISTICS LLC, MEDTRONIC, INC., MEDTRONIC USA, INC.,**
*Appellants*

v.

**TMT SYSTEMS, INC.,**
*Appellee*

———————————

2023-1895

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01532.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2              MEDTRONIC VASCULAR, INC. v. TMT SYSTEMS, INC.


(2)  Each side shall bear their own costs.



FOR THE COURT



October 17, 2024                      Jarrett B. Perlow
Date                                   Clerk of Court


**ISSUED AS A MANDATE:** October 17, 2024